UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| VICKY LONG, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No.: 3:09-CV-114 |
| | ) | (VARLAN/GUYTON) |
| TENNESSEE VALLEY AUTHORITY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Plaintiffs in this civil action have field an Emergency Motion for Preliminary Injunction [Doc. 3]. On April 29, 2009, the Court heard oral arguments on plaintiffs' motion. On May 11, 2009, defendant Tennessee Valley Authority filed a Notice of Entry of CERCLA Administrative Order and Agreement on Consent [Doc. 79], with the Administrative Order and Agreement on Consent in In re TVA Kingston Fossil Fuel Plant Release Site, No. CERCLA-04-2009-3766 (U.S. EPA Region 4) ("EPA Order") [Doc. 79-1] attached. It appears to the Court that this EPA Order may resolve the issues raised by plaintiffs' in their Emergency Motion for Preliminary Injunction [Doc. 3].

Accordingly, plaintiffs are **DIRECTED** to show cause in writing within twenty (20) days from the entry of this order why their Emergency Motion for Preliminary Injunction [Doc. 3] should not be denied as moot. If plaintiffs determine that any of the issues raised in their motion are not moot, plaintiffs shall indicate what relief they are presently seeking

in light of the EPA Order. Defendants shall have ten (10) days from plaintiffs' filing to respond.

IT IS SO ORDERED.

s/ Thomas A. Varlan<br>
UNITED STATES DISTRICT JUDGE